No. 510. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION (CIO) ET AL. *v.* WIRTZ, CIRCUIT COURT JUDGE, ET AL., 336 U. S. 919. Rehearing denied.

No. 643. BUNN *v.* NORTH CAROLINA, 336 U. S. 942. Rehearing denied.

No. 360, Misc. STEELE *v.* JACKSON, WARDEN, 336 U. S. 939. Rehearing denied.

No. 218, Misc. CURTIS *v.* HUMPHREY, WARDEN, 336 U. S. 941. Second petition for rehearing denied.

## MAY 9, 1949.

*Miscellaneous Orders.*

No. 733. UNITED STATES EX REL. KNAUFF *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. Shaughnessy, Acting District Director, substituted as the party respondent.

No. 597, Misc. IN RE FEDERAL SECURITY ADMINISTRATOR AND THE ATTORNEY GENERAL OF THE UNITED STATES. The motion for leave to file petition for writs of prohibition and/or mandamus is granted. A rule is ordered to issue, returnable on Monday, May 16th, requiring the respondents to show cause why the petition for writs of prohibition and/or mandamus should not be granted and the cause is assigned for argument on that day. The motion of Mytinger & Casselberry, Inc. for leave to intervene is granted. *Solicitor General Perlman* for petitioners. *Charles S. Rhyne* for intervenor.

No. 379, Misc. IN RE BUSH. Motion for leave to file petition for writ of habeas corpus denied without prejudice to the right to apply to any appropriate court that may have jurisdiction. *Curtis Bush* and *A. G. Bush* for petitioner.